UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                        CASE NO.:  10-13232-BKC-EPK

AKRON BIOTECHNOLOGY, LLC,                               CHAPTER 11

      Debtor.
_____/

**PETITIONING CREDITOR'S NOTICE OF VOLUNTARY DISMISSAL OF
INVOLUNTARY PETITION**

      Petition creditor, AppliChem GmbH (the "Creditor"), by and through its undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure made applicable to the above-referenced bankruptcy case by virtue of Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby voluntarily dismisses the above-referenced bankruptcy case without prejudice to the Creditor, AppliChem GmbH.  In support thereof, the Creditor respectfully states as follows:

      1.      On February 11, 2010, the Creditor filed an involuntary petition under title 11 of the United States Code requesting an order for relief under Chapter 11 of the Bankruptcy Code.

      2.      As of the date of this *Notice of Voluntary Dismissal of Involuntary Petition* (the "Notice"), the Alleged Debtor has not filed an answer or a motion for summary judgment.

      3.      Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Creditor "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Fed. R. Bankr. P. 7041(a)(1)(A).

      4.      Therefore, through this Notice, the Creditor, AppliChem GmbH, hereby voluntarily dismisses the above-referenced bankruptcy case without prejudice to the Creditor.

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy was sent via electronic noticing or U.S. Mail this 6th day of April 2010 to all persons on the attached Service List.

Respectfully Submitted,

**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorney for AppliChem GmbH
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: __/s/ Bradley S. Shraiberg__
Bradley S. Shraiberg
Florida Bar. No. 121622
bshraiberg@sfl-pa.com

<u>Service List</u>
<u>10-13232-BKC-EPK</u>

**Sent via CM/ECF**

- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Kenneth S Rappaport     rappaport@kennethrappaportlawoffice.com
- Bradley S Shraiberg     bshraiberg@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com;blee@sfl-pa.com

**Sent Via U.S. Mail**

None