

**ORDERED in the Southern District of Florida on April 12, 2010.**

_____
Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**  CASE NO.:10-13232-EPK

**AKRON BIOTECHNOLOGY, LLC,**  CHAPTER 11

    Debtor.
_____/

**ORDER (I) GRANTING IN PART MOTION TO DISMISS, AND/OR IN THE ALTERNATIVE, MOTION FOR INDEMNITY BOND, AND/OR IN THE ALTERNATIVE, MOTION TO STRIKE [DE 4] AND (II) SETTING <u>EVIDENTIARY HEARING ON REMAINING RELIEF REQUESTED</u>**

**THIS MATTER** came before the Court for hearing on April 9, 2010 upon the *Motion to Dismiss and/or in the Alternative, Motion for Indemnity Bond, and/or in the Alternative, Motion to Strike* [DE 4] (the "Motion") filed by Akron Biotechnology, LLC ("Akron Biotechnology"). The Court held a hearing on April 9, 2009 to address Akron Biotechnology's request that the petitioning creditor be required to post an indemnity bond under 11 U.S.C. § 303(e). For the reasons stated on the record, it is

1

**ORDERED AND ADJUDGED** that:

1. No later than 4:00 p.m. Eastern Time on April 16, 2010, AppliChem GmbH (the "Petitioning Creditor") shall, pursuant to 11 U.S.C. § 303(e), obtain and file a bond in the amount of $60,000.00 (the "Bond"), payable to Akron Biotechnology, LLC, to indemnify Akron Biotechnology for such amounts as the Court may later award under 11 U.S.C. § 303(i).

2. The Bond shall be issued by a United States surety company or insurance company. The original Bond shall be held by the Clerk of this Court.

3. If this Court enters a final judgment, no longer subject to reconsideration or appeal, providing to Akron Biotechnology a monetary award under 11 U.S.C. § 303(i), upon motion by Akron Biotechnology and further order of this Court, the Clerk shall release the Bond to Akron Biotechnology or its counsel.

4. If Akron Biotechnology receives notice of non-renewal or cancellation of the Bond, or otherwise believes in good faith that the Bond or the proceeds may be in jeopardy, Akron Biotechnology may file a motion with this Court requesting that the Bond be released to Akron Biotechnology.

5. This Court retains jurisdiction to issue further orders pertaining to the Bond as deemed necessary.

6. This Court will conduct a further evidentiary hearing on the remaining relief requested in the Motion on May 13, 2010 at 1:30 p.m. at the following location:

United States Bankruptcy Court
The Flagler Waterview Building
1515 North Flagler Drive, Room 801
Courtroom B
West Palm Beach, Florida 33401

7. No later than April 19, 2010, the Petitioning Creditor shall serve a copy of this Order and Akron Biotechnology's Motion, pursuant to Fed. R. Bankr. P. 2002(a)(4), on all creditors of Akron Biotechnology, and the Petitioning Creditor shall promptly file a certificate of service.

###

Copies Furnished To:

Bradley S. Shraiberg, Esq.

*Bradley S. Shraiberg, Esq. is directed to serve a conformed copy of this Order as provided above and to file a certificate of service.*