UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-13232-BKC-EPK
CHAPTER 11

AKRON BIOTECHNOLOGY, LLC,

    Alleged Debtor,
_____/

## NOTICE OF FILING

Alleged Debtor, AKRON BIOTECHNOLOGY, LLC, by and through undersigned counsel, hereby files a list of all creditors and their address pursuant to Fed. R. Bankr. P. 1017(a).

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular mail or electronically where available to all parties enumerated on the attached this 15th day of April, 2010.

RAPPAPORT OSBORNE & RAPPAPORT, PL
Counsel for Debtor
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200


BY:  /s/_____
     KENNETH S. RAPPAPORT, ESQ.
     Florida Bar No. 132333

**10-13232-EPK Notice will be electronically mailed to:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Bradley S Shraiberg on behalf of Petitioning Creditor AppliChem GmbH, bshraiberg@sfl-pa.com, lmelton@sfl-pa.com;lrosetto@sfl-pa.com;blee@sfl-pa.com

**10-13232-EPK Notice will not be electronically mailed to:**

Wolf M. Nietzer on behalf of Petitioning Creditor AppliChem GmbH
Allee 40
Heilbronn, (NOT MAILED REPRESENTED BY COUNSEL)

AFCO
Dept 0809 POB 120001
Dallas, TX 75312


AlzChem LLC
650 Village Tr #17
Marietta, GA 30067


Applichem LLC
3998 FAU Blvd #215
Boca Raton, FL 33431


AssureImmune LLC
3998 FAU Blvd #215
Boca Raton, FL 33431


BIO Florida Inc
525 Okeechobee Blvd #1500
West Palm Beach, FL 33401


Biocompare
395 Oyster Point Blvd #405
South San Francisco, CA 94080


Biological Industries Ltd
c/o Mentfield
Marman Bldg #801
Tel Aviv ISRAEL


BioResource Technology Inc
11924 Miramar Pkwy
Hollywood, FL 33025


Boca R & D Project 7 LLC
6801 Payshpere Cir
Chicago, IL 60674


CorpDirect.com Agents
POB 38413
Tallahassee, FL 32315


De Lage Landen
POB 41601
Philadelphia, PA 19101

FedEx
POB 660481
Dallas, TX 75266


Florida Blood Services
10100 Dr Martin Luther King Jr St N
Saint Petersburg, FL 33716


Floridas Blood Centers
8669 Commodity Cir
Orlando, FL 32819


Gaby Arango
Brassey 7563
Rosario ARGENTINA


Idaho Bio Products
913 E 2700 S
Hagerman, ID 83332


Internegocios SA
Calle 24 N 517
Mercedes B ARGENTINA


IntralMalls Express
120 Cockeysville Rd #201
Cockeysville, MD 21030


ISSCR
111 Deer Lake Rd #100
Deerfield, IL 60015


Ivanov Quality Institute Inc
3307 Hyde Park Dr
Clearwater, FL 33761


Kwal & Oliva
Alfred I Dupont Bldg
169 E Flagler St #800
Miami, FL 33131


Labs Inc - Ernestina
3838 Camino de Rio N #105
San Diego, CA 92108

Matheson Tri-Gas
POB 845502
Dallas, TX 75284


Medrep Technologies Inc
POB 494273
Port Charlotte, FL 33949


Messenger One Delivery Service
Attn: Carlos Acosta Jr
338 SW 163 Ave
Hollywood, FL 33027


Microtest Laboraties
104 Gold St
Agawam, MA 01001


Office Depot
POB 633211
Cincinnati, OH 45263


Palm Beach County Tax Collector
POB 3715
West Palm Beach, FL 33402


Preferred Freezer Services
POB 126158
Hialeah, FL 33012


ProSpec Tany TechnoGene Ltd
Rehovot Science Pk
POB 398
Rehovot ISRAEL


SBH Sciences Inc
4 Strathmore Rd
Natick, MA 01760


Schwartz & Horwitz
6751 N Fed Hwy #400
Boca Raton, FL 33487


Shenandoah Bt
101 Camars Dr
Warminster, PA 18974

SurModics
9924 W 74 St
Eden Prairie, MN 55344


Technology Insurance Co
5800 Lombard Ctr
Independence, OH 44131


Thomas J Maccari PA
7700 Congress Ave #1133
Boca Raton, FL 33487


Uline
2200 S Lakeside Dr
Waukegan, IL 60085


Universal Fine Chemicals
6357 Inducon Dr E
Sanborn, NY 14132


VWR
POB 640169
Pittsburgh, PA 15264