UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  CASE NO.: 10-13232-BKC-EPK

AKRON BIOTECHNOLOGY, LLC,  CHAPTER 11

Debtor.
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:
[ ] Plaintiff                          [ ] Defendant
[ ] Debtor                             [X] Petitioning Creditor

Date of Hearing/Trial: April 9, 2010
Type of Hearing/Trial:

Motion to Dismiss, and/or in the Alternative, Motion for
Indemnity Bond, and/or in the Alternative, Motion to Strike
[DE 4]

SUBMITTED BY:

Bradley S. Shraiberg, Esq.
Florida Bar No.: 121622
John E. Page, Esq.
Florida Bar No.: 860581
SHRAIBERG, FERRARA & LANDAU, P.A.
Attorneys for Petitioning Creditor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: jpage@sfl-pa.com

By: /s/ Bradley S. Shraiberg
    Bradley S. Shraiberg

{1344/000/00033086}

| Exhibit # | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | Volume 17, Number 23, March 15, 2009 Issue of Strategic Directions International Instrument Business Outlook | AD | | |
| B | Press Released dated 3/3/09 | AD | | |
| C | Akron Invoice Dated 3/31/09 | | | |
| D | Advantage Business Media Invoice Dated 10/21/09 | | | |
| E | Revenue Projections | | | |
| F | AppliChem, LLC Balance Sheet for October 2009 | | | |
| G | AppliChem, LLC Profit and Loss Statement Jan – Oct, 2009 | | | |
| H | AppliChem, LLC Profit and Loss Statement for March 2009 | | | |
| I | Email from C Zylerberg to Sanne Melles dated April 28, 2009 | | | |
| J | Email from Sanne Melles to W Sipos dated April 9, 2010 | | | |
| K | Email from Javier Zylberberg with proposed Operating Agreement of AppliChem, LLC | | | |
| L | Emails between Dr. Wolfgang Sipos and Roy Morance with Invoices from Advantage Media | | | |
| M | Emails between Cody Yarborough and Dr. Wolfgang Sipos | | | |
| N | Email from Clauda Zylerberg to Sanne melles dated January 19, 2010 | | | |
| O | Email from Ana Bonner to Claudia Zylberberg dated January 18, 2010 | | | |
| P | Email from Claudia Zylberberg to Sanne Melles dated December 28, 2009 | | | |
| Q | Email from Julie Benjamin to Martina Doeer dated December 14, 2009 | | | ref. |
| R | Domain Name data | | | |
| S | Email from Claudia Zylberger to Sanne Melles dated December 7, 2009 | AD | | |

{1344/000/00033086 }

| Exhibit # | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|

T    Email from Claudia Zylberberg to Dr. Wolfgang Sipos Profit and Loss Statement and Balance Sheet for May 2009, and Projected Versus Actual Sales Report Dated June 4, 2009    AD

U    Email from Claudia Zylberger to W. Spiros re budgets

V    AppliChem LLC/ChemBlink Webpage

W.    Depo Transcript

X.    Applichem, LLC - Articles of Incorporation

Y.    Akron Biotechnology, LLC - Sunbiz Report

Z.    Applichem, LLC - change of address

{1344/000/00033086 }