UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 10-13232-BKC-EPK
CHAPTER 11

AKRON BIOTECHNOLOGY, LLC,

Debtor.
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff    [ ] Defendant  [X] Debtor    [ ] Other

Date of Hearing/Trial:   April 9, 2010

Type of Hearing/Trial:   Motion for Indemnity Bond (DE 4)

SUBMITTED BY:   Kenneth S. Rappaport, Esq.
Rappaport Osborne & Rappaport PL
1300 N Federal Hwy #203
Boca Raton, FL 33432
561-368-2200

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA
APR 9 2010
FILED CMK RECEIVED

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Email from vendor (Thermofisher) bankruptcy filed | | | |
| 2 | Miami Herald bankruptcy filed | | | |
| 3 | Bradenton Herald bankruptcy filed | | | |
| 4 | Twitter bankruptcy filed | | | |
| 5 | Dunn & Bradstreet Report bankruptcy filed/high credit risk | | | |
| 6 | American Express Merchant Account money held | | | |
| 7 | FedEx letter revoking credit privledges | | | |
| 8 | 3/8/10 Letter from Prof. Wolf Nietzer | | | |
| 9 | 3//9/10 Email from Wolgang Sipos with balance sheet, invoices and ledger | ⋏⋌ | | |
| 10 | Applichem Proposed Operating Agreement and emails | | | |