

**ORDERED in the Southern District of Florida on May 07, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                                                    CASE NO.: 10-13232-BKC-EPK

AKRON BIOTECHNOLOGY, LLC,                                       CHAPTER 11

    Debtor.
_____/

**ORDER GRANTING AGREED EX PARTE MOTION TO SHORTEN
NOTICE FOR PETITIONING CREDITOR'S MOTION FOR APPROVAL
OF STIPULATION OF SETTLEMENT**

**THIS MATTER** came before the Court upon petitioning creditor, AppliChem GmbH's (the "**Debtor**"), *Ex Parte Motion to Shorten Notice for Petitioning Creditor's Motion for Approval of Stipulation of Settlement* (the "**Motion**") [D.E.35]. The Court, having considered the Motion, finding good cause for granting the relief requested in the Motion, and being otherwise advised in the premises, hereby:

**ORDERS AND ADJUDGES** that:

    1.    The Motion is **GRANTED**.

    2.    The twenty-one (21) day notice period concerning the hearing on the *Motion for Approval of Stipulation of Settlement* [D.E. 35] (the "**9019 Motion**") is shortened.

{1344/000/00035892 }

3.  The hearing on the 9019 Motion shall be held on May 13, 2010 at 1:30 p.m. before the Honorable Erik P. Kimball, United Stated Bankruptcy Court, 1515 N. Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, FL 33401.

# # #

SUBMITTED BY:
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for AppliChem GmbH
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@sfl-pa.com

John E. Page, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{1344/000/00035892 }