

**ORDERED in the Southern District of Florida on July 02, 2010.**

*[signature]*

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                           CASE NO.:  10-13232-BKC-EPK

AKRON BIOTECHNOLOGY, LLC,                        CHAPTER 11

    Debtor.
_____/

**AMENDED ORDER GRANTING PETITIONING CREDITOR'S
MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT**

**THIS MATTER** came before the Court for hearing on May 13, 2010 upon AppliChem GmbH's (the "**Petitioning Creditor**") *Motion for Approval of Stipulation of Settlement* (the "**Motion**") [D.E. 35], and the Court having reviewed the Motion, together with the record in this case, and finding that the Stipulation of Settlement (the "**Agreement**") is fair and reasonable, and being otherwise fully advised in the premises, and for good cause, it is therefore:

    **ORDERED AND ADJUDGED** that:

    1.    The Motion is **GRANTED**.

    2.    The Agreement is **APPROVED**.  All terms and conditions of the Agreement are

1

incorporated by reference and the parties are authorized and directed to comply in full with said terms and conditions.

    3.    This case is dismissed without prejudice to the Alleged Debtor or the Petitioning Creditor.

    4.    Akron Biotechnology, LLC's *Motion to Dismiss and/or in the Alternative, Motion for Indemnity Bond, and/or in the Alternative, Motion to Strike* [D.E. 4] and the Petitioning Creditor's *Motion of Voluntary Dismissal of Involuntary Petition* [D.E. 13] are **DENIED** as moot.

    5.    This Court hereby reserves jurisdiction to enforce the terms of the Agreement.

# # #

**SUBMITTED BY:**
John E. Page, Esq.
Shraiberg, Ferrara & Landau, P.A.
Counsel for the Petitioning Creditor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

Copy to: John E. Page, Esq., 2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431.
[Attorney Page is directed to serve a copy of this Order upon all interested parties.]